IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIGHTLINE, LLC** | : | CIVIL ACTION |
| | : | |
| **v.** | : | NO. 24-2726 |
| | : | |
| **FMC CORPORATION** | : | |

## ORDER

**AND NOW**, this 30th day of May 2025, upon consideration of the Motion to Dismiss filed by Defendant, FMC Corporation (Docket No. 12), as well as Plaintiff's opposition thereto, Defendant's Reply, and all Notices of recent opinions, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss for Failure to State a Claim of Defendant, FMC Corporation (Docket No. 12), is **DENIED**.

2. FMC Corporation shall file an Answer to the Complaint within twenty days of the date of this Order.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**