IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Rightline, LLC,

      *Plaintiff*,

      v.

FMC Corporation,

      *Defendant*.

Case No. 24-cv-02726

## ORDER

**AND NOW**, this 27th day of October, 2025, upon consideration of the Parties' Joint Motion to Stay Action, it is hereby **ORDERED** that the Motion is **GRANTED**;

It is **FURTHER ORDERED** that all proceedings and deadlines in this matter are stayed for ninety (90) days from the date of this Order.

      **BY THE COURT:**

      /s/ Catherine Henry
      **CATHERINE HENRY, J.**