IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rightline, LLC, | |
| *Plaintiff*, | Case No. 2:24-cv-02726 |
| v. | HON. CATHERINE HENRY |
| FMC Corporation, | |
| *Defendant*. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Rightline, LLC and Defendant FMC Corporation, by and through their undersigned counsel, hereby stipulate to dismissal of the above-captioned action with prejudice. Each party shall bear its own costs and attorneys' fees.

*[Signature page follows]*

Dated: December 9, 2025

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**

_/s/ William F. Taylor, Jr._
William F. Taylor, Jr.
wtaylor@whitefordlaw.com
600 North King Street - Suite 300
Wilmington, Delaware 19801
(302) 353-4145

Steven E. Tiller (_pro hac vice_)
stiller@whitefordlaw.com
Seven Saint Paul Street - Suite 1500
Baltimore, Maryland 21202-1636
(410)-347-8700

_Attorneys for Plaintiff, Rightline LLC_

Respectfully submitted,

**DLA PIPER LLP (US)**

_/s/ Whitney C. Cloud_
Whitney C. Cloud
Marie Bussey-Garza
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: 215.656.3300
Facsimile: 215.656.3301
whitney.cloud@us.dlapiper.com
marie.bussey-garza@us.dlapiper.com

_Attorneys for Defendant FMC Corporation_

4921-5860-9024, v. 1

2