## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIGHTLINE, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.  24-2726** |
| | : | |
| **FMC CORPORATION** | : | |

## ORDER

**AND NOW**, this 11th day of December 2025, upon consideration of the parties' Stipulation of Dismissal (Docket No. 46), it is hereby **ORDERED** that the **STAY** of matter entered on October 27, 2025 is **LIFTED**.

BY THE COURT:

/s/ Catherine Henry

_____

**CATHERINE HENRY, J.**